

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00309-CV

IN RE NATURAL GAS CONSULTING & MEASUREMENT, LLC AND J.P. DAVIS, RELATORS

ORDER IN ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

August 17, 2018

# ORDER

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this Court is Relators' Emergency Motion for Temporary Relief. By their motion, Relators seek an order staying the enforcement of the ruling issued August 3, 2018, by Respondent, the Honorable Ana Estevez of the 251st District Court, in which Relator Natural Gas Consulting & Measurement was ordered to identify a witness or witnesses for deposition.

The pending motion has been filed in connection with Relators' petition for writ of mandamus in which they seek this Court's review of the said ruling. As authorized by the Texas Rules of Appellate Procedure, we grant Relators' motion and issue this order staying the enforcement of the August 3, 2018 ruling on Real Parties' in Interest Motion

to Compel in trial court cause number 69,838-C pending this Court's disposition of Relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.10(b). It is so ordered.

Per Curiam